April 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

BREOF BNK TEXAS, L.P., Appellant

NO. 14-11-00351-CV                 V.

D.H. HILL ADVISORS, INC. AND D.H. HILL, INDIVIDUALLY, Appellees
_____

This cause, an appeal from the judgment in favor of appellees, D.H. Hill Advisors, Inc. and D.H. Hill, individually, signed February 10, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Breof BNK Texas, L.P. to pay all costs incurred in this appeal. We further order this decision certified below for observance.